# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00659-CV

**In re Lora Land**

### ORIGINAL PROCEEDING FROM BELL COUNTY

### M E M O R A N D U M   O P I N I O N

Relator has filed petition for writ of mandamus and a motion for emergency stay.

The petition is denied, and the motion is dismissed.  *See* Tex. R. App. P. 52.8(a).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Filed:   October 21, 2015